United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GILDARDO OSARIO, RUBERTO INFANTE SOLIS, ELIONAI GONZALES, MARIN CORTEZ, ENRIQUE REINOSO, GUILLERMO RIOS, and GERARDO DAMIAN,<br><br>Plaintiffs,<br>v.<br><br>MARIA SILVERA dba S&S DRYWALL, GABRIEL SILVERA dba S&S DRYWALL, S&S DRYWALL; and DOES 1 through 10,<br><br>Defendants. | Case No.: 11-CV-03890-LHK<br><br>ORDER DIRECTING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the case management conference set for January 18, 2012, as required pursuant to Federal Rule of Civil Procedure 26(f)(1)-(2). The parties are hereby ORDERED to file one joint case management statement by Tuesday, January 17, 2012, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: January 13, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-03890-LHK
ORDER TO FILE JCMS