UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GILDARDO OSARIO, RUBERTO INFANTE SOLIS, ELIONAI GONZALES, MARIN CORTEZ, ENRIQUE REINOSO, GUILLERMO RIOS, and GERARDO DAMIAN,<br><br>Plaintiffs,<br>v.<br><br>MARIA SILVERA dba S&S DRYWALL, GABRIEL SILVERA dba S&S DRYWALL, S&S DRYWALL; and DOES 1 through 10,<br><br>Defendants. | Case No.: 11-CV-03890-LHK<br><br>ORDER DIRECTING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the case management conference set for April 18, 2012, as required pursuant to Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one joint case management statement by **Monday, April 16, 2012, at 9 a.m**. The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: April 12, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-03890-LHK
ORDER TO FILE JCMS