UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GILDARDO OSORIO, RUBERTO INFANTE SOLIS, ELIONAI GONZALES, MARIN CORTEZ, ENRIQUE REINOSO, GUILLERMO RIOS, and GERARDO DAMIAN,<br><br>              Plaintiffs,<br>v.<br><br>MARIA SILVERA dba S&S DRYWALL, GABRIEL SILVERA dba S&S DRYWALL, S&S DRYWALL, INC.,<br><br>              Defendants. | Case No.: 11-CV-3890-LHK<br><br>ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO AMEND COMPLAINT |

On July 5, 2012, Plaintiffs filed a motion to amend the complaint. Dkt. No. 25. The Court has an established procedure for scheduling hearing dates through the Courtroom Deputy, Ms. Martha Parker Brown. Plaintiffs failed to follow this procedure and unilaterally scheduled a motion hearing on August 9, 2012. Accordingly, the Court continues the hearing on Plaintiffs' motion to amend the complaint to September 13, 2012 at 1:30 p.m., the same date as the hearing on Plaintiffs' anticipated motion for class certification. All dates remain as set in the Court's April 18, 2012 case management order. Dkt. No. 20.

**IT IS SO ORDERED.**

Dated: July 20, 2012

                                              _____
                                              LUCY H. KOH
                                              United States District Judge

1