**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GILDARDO OSORIO, RUBERTO INFANTE SOLIS, ELIONAI GONZALES, MARIN CORTEZ, ENRIQUE REINOSO, GUILLERMO RIOS, and GERARDO DAMIAN,<br><br>    Plaintiffs,<br>  v.<br><br>MARIA SILVERA dba S&S DRYWALL,<br>GABRIEL SILVERA dba S&S DRYWALL,<br>S&S DRYWALL, INC.,<br><br>    Defendants. | Case No.: 11-CV-3890-LHK<br><br>ORDER REFERRING PARTIES TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE BEFORE JUDGE HOWARD R. LLOYD |

The Court hereby refers the parties to Magistrate Judge Howard R. Lloyd for a Settlement Conference within 90 days of the date of this Order.

**IT IS SO ORDERED.**

Dated: September 13, 2012

                                 _Lucy H. Koh_
                                 LUCY H. KOH
                                 United States District Judge

1