UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GILDARDO OSORIO, RUBERTO INFANTE SOLIS, ELIONAI GONZALES, MARIN CORTEZ, ENRIQUE REINOSO, GUILLERMO RIOS, and GERARDO DAMIAN,<br><br>Plaintiffs,<br><br>v.<br><br>MARIA SILVERA dba S&S DRYWALL, GABRIEL SILVERA dba S&S DRYWALL, S&S DRYWALL, INC.,<br><br>Defendants. | Case No.: 11-CV-3890-LHK<br><br>ORDER TO FILE STIPULATION OF DISMISSAL |

On November 14, 2012, the parties attended a settlement conference with Magistrate Judge Howard R. Lloyd. *See* Dkt. No. 82. The parties reached a settlement agreement which was entered into the record. *See id.* Accordingly, the Court ORDERS the parties to file by November 29, 2012, a stipulation of dismissal without prejudice that states that the Court will retain jurisdiction to enforce the terms of the settlement agreement. On May 1, 2013, the parties shall file a stipulation of dismissal with prejudice, provided that all the terms of the settlement agreement have been met.

**IT IS SO ORDERED.**

Dated: November 15, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge