```
JAMES DAL BON, Bar No. 157942
DUNN DAL BON & MARGAIN
28 NORTH 1ST SUITE 700
SAN JOSE, CA 95113
TEL (408) 297-4729
FAX (408) 297-4728
 jdb@wagedefenders.com
```

ATTORNEYS FOR PLAINTIFFS

```
DANIEL HERNS, Bar No. 111592
LAW OFFICES OF DANIEL G. HERNS
5704 LA SEYNE PLACE, SUITE 100
SAN JOSE, CA 95138
TEL (408) 223-2220
FAX (408) 223-2682
```

ATTORNEY FOR DEFENDANT MARIA SILVEIRA, GABRIEL SILVEIRA, AND S & S DRYWALL, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GILDARDO OSORIO, RUBERTO INFANTE SOLIS, ELIONAI GONZALES, MARIN CORTEZ, ENRIQUE REINOSO, GUILLERMO RIOS, and GERARDO DAMIAN,<br><br>　　　Plaintiff,<br><br>Vs.<br><br>MARIA SILVERA dba S&S DRYWALL, GABRIEL SILVERA dba S&S DRYWALL; S&S DRYWALL, INC.,<br><br>　　　Defendant(s). | Case No.  CV11-03890<br><br>**NOTICE OF SETTLEMENT, AND STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE**<br><br>Judge: Honorable Lucy H. Koh |

- 1

The parties herein, by and through their respective counsel of record, James Dal Bon, Esq. , DUNN, DAL BON & MARGAIN, for Plaintiffs GILDARDO OSORIO, RUPERTO INFANTE SOLIS, ELIONAI GONZALEZ, MARIN CORTEZ, ENRIQUE REINOSO, GUILLERMO RIOS, GERARDO DAMIAN, ALFONSO GARCIA RICO, GUADALUPE PONCE, JORGE GARCIA, FELIX JIMENEZ, JUAN HERNANDEZ, EFRAIN RODRIGUEZ, CRISTOBAL ACOSTA, JOSE MEDEIROS, (hereinafter collectively "Plaintiffs"), and Daniel G. Herns, Esq., LAW OFFICES OF DANIEL G. HERNS, for Defendants MARIA SILVEIRA, GABRIEL SILVEIRA, S & S DRYWALL, INC., S & S DRYWALL LIMITED, ESPRESSO CONSTRUCTION CLEAN-UP SERVICE, (hereinafter collectively "Defendants") and, with the authority of their respective clients, stipulate as follows:

**NOTICE OF SETTLEMENT**

1. On November 14, 2012 the parties attended a Settlement Conference wherein the parties agreed that the above captioned action, including all claims, counterclaims, and affirmative defenses be dismissed without prejudice .

**THEREFORE, THE PARTIES HEREBY STIPULATE THAT:**

2. The Court should enter an Order dismissing the entire action as to all Parties without prejudice.
3. Defendants shall have until April 15, 2012 to submit full payment in settlement of all claims.
4. The parties request that the Court retain jurisdiction to enforce the settlement agreement by issuing an Order to retain jurisdiction to enforce the settlement agreement.
5. Each party shall bear their own costs of litigation and attorneys' fees.

//

//

Dated: November 30, 2012

           DUNN, DAL BON & MARGAIN

           By_____/s/ jdb_____.
            JAMES DAL BON
            ATTORNEY FOR PLAINTIFFS

Dated:  November 30, 2012     LAW OFFICES OF DANIEL G. HERNS

           By_____/s/ dgh_____.
            DANIEL G. HERNS
            ATTORNEY FOR DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GILDARDO OSORIO, RUBERTO INFANTE SOLIS, ELIONAI GONZALES, MARIN CORTEZ, ENRIQUE REINOSO, GUILLERMO RIOS, and GERARDO DAMIAN,<br><br>            Plaintiff,<br><br>Vs.<br><br>MARIA SILVERA dba S&S DRYWALL, GABRIEL SILVERA dba S&S DRYWALL; S&S DRYWALL, INC.,<br>            Defendant(s). | CASE NO.  CV11-03890<br><br>**ORDER** |

### **ORDER**

1.   The Court hereby issues an order dismissing without prejudice the entire action as to all parties. The parties shall file a stipulation of dismissal with prejudice by May 1, 2013. The Clerk shall close the file.

   IT IS SO ORDERED.

Dated: November 30, 2012                         _Lucy H. Koh_

                                                              HONORABLE LUCY H. KOH

- 4 -