JAMES DAL BON, Bar No. 157942
LAW OFFICES OF JAMES DAL BON
95 S. MARKET ST., 3RD FLOOR
SAN JOSE, CA 95113
TEL (408) 977-7710
FAX (888) 868-8043
jdb@wagedefenders.com

ATTORNEYS FOR PLAINTIFFS

DANIEL HERNS, Bar No. 111592
LAW OFFICES OF DANIEL G. HERNS
5704 LA SEYNE PLACE, SUITE 100
SAN JOSE, CA 95138
TEL (408) 223-2220
FAX (408) 223-2682

ATTORNEY FOR DEFENDANT MARIA SILVEIRA, GABRIEL SILVEIRA, AND S & S DRYWALL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GILDARDO OSORIO, RUBERTO INFANTE SOLIS, ELIONAI GONZALES, MARIN CORTEZ, ENRIQUE REINOSO, GUILLERMO RIOS, and GERARDO DAMIAN,<br><br>Plaintiff,<br><br>Vs.<br><br>MARIA SILVERA dba S&S DRYWALL, GABRIEL SILVERA dba S&S DRYWALL; S&S DRYWALL, INC.,<br><br>Defendant(s). | Case No. CV11-03890<br><br>**NOTICE OF SETTLEMENT, AND STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Honorable Lucy H. Koh |

- 1

1. The parties herein, by and through their respective counsel of record, James Dal Bon, Esq., DUNN, DAL BON & MARGAIN, for Plaintiffs GILDARDO OSORIO, RUPERTO INFANTE SOLIS, ELIONAI GONZALEZ, MARIN CORTEZ, ENRIQUE REINOSO, GUILLERMO RIOS, GERARDO DAMIAN, ALFONSO GARCIA RICO, GUADALUPE PONCE, JORGE GARCIA, FELIX JIMENEZ, JUAN HERNANDEZ, EFRAIN RODRIGUEZ, CRISTOBAL ACOSTA, JOSE MEDEIROS, (hereinafter collectively "Plaintiffs"), and Daniel G. Herns, Esq., LAW OFFICES OF DANIEL G. HERNS, for Defendants MARIA SILVEIRA, GABRIEL SILVEIRA, S & S DRYWALL, INC., S & S DRYWALL LIMITED, ESPRESSO CONSTRUCTION CLEAN-UP SERVICE, (hereinafter collectively "Defendants") and, with the authority of their respective clients, stipulate as follows:

**NOTICE OF SETTLEMENT**

1. On November 14, 2012 the parties attended a Settlement Conference wherein the parties agreed that the above captioned action, including all claims, counterclaims, and affirmative defenses be dismissed without prejudice pending full payment of the agreed upon settlement.

**THEREFORE, THE PARTIES HEREBY STIPULATE THAT:**

WHEREAS, the parties have fully executed and received the full settlement amount as set forth in the Confidential Settlement Agreement and Release of Claims;

WHEREAS, no class was ever certified in this matter; therefore Rule 23 does not apply;

WHEREAS, all that remains to be done in this case is the entry of an Order dismissing with prejudice the entire action;

THEREFORE, THE PARTIES HEREBY STIPULATE THAT:

1. The Court should enter an Order dismissing with prejudice the entire action as to all parties.

//

Dated: May 21, 2013

LAW OFFICES OF JAMES

By _____/s/ jdb_____.
JAMES DAL BON
ATTORNEY FOR PLAINTIFFS

Dated:  May 21, 2013

LAW OFFICES OF DANIEL G. HERNS

By _____/s/ dgh_____.
DANIEL G. HERNS
ATTORNEY FOR DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GILDARDO OSORIO, RUBERTO INFANTE SOLIS, ELIONAI GONZALES, MARIN CORTEZ, ENRIQUE REINOSO, GUILLERMO RIOS, and GERARDO DAMIAN,<br><br>Plaintiff,<br><br>Vs.<br><br>MARIA SILVERA dba S&S DRYWALL, GABRIEL SILVERA dba S&S DRYWALL; S&S DRYWALL, INC.,<br>Defendant(s). | CASE NO. CV11-03890<br><br>**ORDER** |

## ORDER

1. The Court hereby issues an order dismissing with prejudice the entire action as to all parties.

IT IS SO ORDERED.

Dated: May 28, 2013

*Lucy H. Koh*

HONORABLE LUCY H. KOH

- 4 -