JAMES DAL BON, Bar No. 157942
LAW OFFICES OF JAMES DAL BON
95 S. MARKET ST., 3RD FLOOR
SAN JOSE, CA 95113
TEL (408) 977-7710
FAX (888) 868-8043
jdb@wagedefenders.com

ATTORNEYS FOR PLAINTIFFS

DANIEL HERNS, Bar No. 111592
LAW OFFICES OF DANIEL G. HERNS
5704 LA SEYNE PLACE, SUITE 100
SAN JOSE, CA 95138
TEL (408) 223-2220
FAX (408) 223-2682

ATTORNEY FOR DEFENDANT MARIA
SILVEIRA, GABRIEL SILVEIRA, AND
S & S DRYWALL, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GILDARDO OSORIO, RUBERTO INFANTE SOLIS, ELIONAI GONZALES, MARIN CORTEZ, ENRIQUE REINOSO, GUILLERMO RIOS, and GERARDO DAMIAN,<br><br>Plaintiff,<br><br>Vs.<br><br><br>MARIA SILVERA dba S&S DRYWALL, GABRIEL SILVERA dba S&S DRYWALL; S&S DRYWALL, INC.,<br><br>Defendant(s). | Case No.  CV11-03890<br><br>**NOTICE OF SETTLEMENT, AND STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Honorable Lucy H. Koh |

-- 1

The parties herein, by and through their respective counsel of record, James Dal Bon,
Esq. , DUNN, DAL BON & MARGAIN, for Plaintiffs GILDARDO OSORIO, RUPERTO
INFANTE SOLIS, ELIONAI GONZALEZ, MARIN CORTEZ, ENRIQUE REINOSO,
GUILLERMO RIOS, GERARDO DAMIAN, ALFONSO GARCIA RICO, GUADALUPE
PONCE, JORGE GARCIA, FELIX JIMENEZ, JUAN HERNANDEZ, EFRAIN RODRIGUEZ,
CRISTOBAL ACOSTA, JOSE MEDEIROS, (hereinafter collectively "Plaintiffs"), and Daniel
G. Herns, Esq., LAW OFFICES OF DANIEL G. HERNS, for Defendants MARIA SILVEIRA,
GABRIEL SILVEIRA, S & S DRYWALL, INC., S & S DRYWALL LIMITED, ESPRESSO
CONSTRUCTION CLEAN-UP SERVICE, (hereinafter collectively "Defendants") and, with the
authority of their respective clients, stipulate as follows:

**NOTICE OF SETTLEMENT**

1.   On November 14, 2012 the parties attended a Settlement Conference wherein the
parties agreed that the above captioned action, including all claims, counterclaims, and
affirmative defenses be dismissed without prejudice pending full payment of the agreed upon
settlement.

**THEREFORE, THE PARTIES HEREBY STIPULATE THAT:**

WHEREAS, the parties have fully executed and received the full settlement amount as
set forth in the Confidential Settlement Agreement and Release of Claims;

WHEREAS, no class was ever certified in this matter; therefore Rule 23 does not apply;

WHEREAS, all that remains to be done in this case is the entry of an Order dismissing
with prejudice the entire action;

THEREFORE, THE PARTIES HEREBY STIPULATE THAT:

1.      The Court should enter an Order dismissing with prejudice the entire action as to
all parties.

//

1

2

3

4

5   Dated: May 21, 2013

6                                            LAW OFFICES OF JAMES

7

8                                            By _____ /s/ jdb _____.
                                                JAMES DAL BON
9                                               ATTORNEY FOR PLAINTIFFS

10

11  Dated:  May 21, 2013                     LAW OFFICES OF DANIEL G. HERNS

12

13                                           By _____ /s/ dgh _____.
                                                DANIEL G. HERNS
14                                              ATTORNEY FOR DEFENDANTS

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

UNITED STATES DISTRICT COURT

6

NORTHERN DISTRICT OF CALIFORNIA

7

SAN JOSE DIVISION

8

9  GILDARDO OSORIO, RUBERTO
   INFANTE SOLIS, ELIONAI                   CASE NO.  CV11-03890
10 GONZALES, MARIN CORTEZ,
   ENRIQUE REINOSO, GUILLERMO               **ORDER**
11 RIOS, and GERARDO DAMIAN,

12             Plaintiff,

13 Vs.

14
   MARIA SILVERA dba S&S
15 DRYWALL, GABRIEL SILVERA dba
   S&S DRYWALL; S&S DRYWALL,
16 INC.,

17             Defendant(s).

18

19

20                      **ORDER**

21     I.      The Court hereby issues an order dismissing with prejudice the entire action as to

22 all parties.

23     IT IS SO ORDERED.

   Dated: May 28, 2013                      _Lucy H. Koh_
24                                           _____

25                                           HONARABLE LUCY H. KOH